B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Virginia

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Lee, Yohance E.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Holmes-Lee, Dionne A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **xxx-xx-6309** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-1694** |
| Street Address of Debtor (No. and Street, City, and State): **5701 Country Manor Ct.** **Richmond, VA**   ZIP Code **23234** | Street Address of Joint Debtor (No. and Street, City, and State): **5701 Country Manor Ct.** **Richmond, VA**   ZIP Code **23234** |
| County of Residence or of the Principal Place of Business: **Chesterfield** | County of Residence or of the Principal Place of Business: **Chesterfield** |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)  (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information     *** David Nicholas Tabakin 82709 ***
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lee, Yohance E.**<br>**Holmes-Lee, Dionne A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><strong>Exhibit A</strong></td><td><strong>Exhibit B</strong></td></tr>
<tr><td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ David Nicholas Tabakin          July  2, 2015**<br>Signature of Attorney for Debtor(s)          (Date)<br>**David Nicholas Tabakin 82709**</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lee, Yohance E.**<br>**Holmes-Lee, Dionne A.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Yohance E. Lee**
Signature of Debtor **Yohance E. Lee**

X **/s/ Dionne A. Holmes-Lee**
Signature of Joint Debtor **Dionne A. Holmes-Lee**

Telephone Number (If not represented by attorney)

**July  2, 2015**
Date

### Signature of Attorney*

X **/s/ David Nicholas Tabakin**
Signature of Attorney for Debtor(s)

**David Nicholas Tabakin 82709**
Printed Name of Attorney for Debtor(s)

**Cochran Law Firm**
Firm Name

**4509 W. Broad St.**
**Richmond, VA 23230**

Address

**Email: dtabakin@cochranlawfirm.net**
**(804) 358-2222  Fax: (804) 358-7985**
Telephone Number

**July  2, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Yohance E. Lee**
**Dionne A. Holmes-Lee**
_____    Case No. _____
Debtor(s)    Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Yohance E. Lee**
                              **Yohance E. Lee**

Date:    **July  2, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Yohance E. Lee**
**Dionne A. Holmes-Lee**                                    Case No. _____
_____
Debtor(s)         Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Dionne A. Holmes-Lee**
                                 **Dionne A. Holmes-Lee**

Date:   **July 2, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

### Eastern District of Virginia

In re   **Yohance E. Lee,**
      **Dionne A. Holmes-Lee**

Case No. _____

                                   **Debtors**   ,

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 9,047.41 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 204.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 208,590.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,457.52 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,805.00 |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 9,047.41 | | |
| Total Liabilities | | | | 208,794.39 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Yohance E. Lee,**                                                     Case No. _____
         **Dionne A. Holmes-Lee**
                                                              ,              Chapter_____**7**_____
                                        Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 204.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 84,945.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 85,149.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,457.52 |
| Average Expenses (from Schedule J, Line 22) | 2,805.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 2,874.71 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 119.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 85.00 |
| 4. Total from Schedule F | | 208,590.39 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 208,675.39 |

7/02/15  4:38PM

B6A (Official Form 6A) (12/07)

.

In re  **Yohance E. Lee,**                                                                  Case No. _____
        **Dionne A. Holmes-Lee**

                                                                                      ,
                                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Yohance E. Lee,**                                                                    Case No. _____
         **Dionne A. Holmes-Lee**

                                                                    ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Cash** | - | 1.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings with Richmond Postal Credit Union ending 3009=01** | W | 225.81 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with landlord** | J | 1,750.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household furnishings and appliances:  all furniture and appliances** | - | 3,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | - | 1,000.00 |
| 7.  Furs and jewelry. | | **Jewelry:  miscellaneous silver and costume jewelry** | - | 50.00 |
| | | **2 Wedding bands** | - | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **6,726.81**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Yohance E. Lee,**                                        Case No. _____
         **Dionne A. Holmes-Lee**

                                              _____,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(K) through work** | W | 2,317.60 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sharing Random Kindness Non-profit - note: business is currently inactive** | W | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated tax refund for 2015** | - | 1.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                **2,319.60**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Yohance E. Lee,**                                     Case No. _____
          **Dionne A. Holmes-Lee**

_____,
                        Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >                 **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

7/02/15  4:38PM

B6B (Official Form 6B) (12/07) - Cont.

In re     **Yohance E. Lee,**                                          Case No. _____
          **Dionne A. Holmes-Lee**

_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Any interest in property, (including but not limited to tax refunds, lottery winnings, garnished wages, garnished accounts, preferences, personal injury proceeds), that the Debtor(s) acquires or becomes entitled to acquire within 180 days of the filing of his/her petition in bankruptcy by bequest, devise or inheritance; as a result of a property settlement agreement; or of a divorce decree; or as a beneficiary of a life insurance policy or of a death benefit plan.** | - | **1.00** |

|  |  |
|---|---|
| Sub-Total > | **1.00** |
| (Total of this page) | |
| Total > | **9,047.41** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Yohance E. Lee,**
    **Dionne A. Holmes-Lee**
                                  ,
                             Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Cash on Hand** | | | |
| **Cash** | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit with landlord** | Va. Code Ann. § 34-4 | 100.00 | 1,750.00 |
| **Household Goods and Furnishings** | | | |
| **Household furnishings and appliances: all furniture and appliances** | Va. Code Ann. § 34-26(4a) | 3,500.00 | 3,500.00 |
| **Wearing Apparel** | | | |
| **Clothing** | Va. Code Ann. § 34-26(4) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| **Jewelry: miscellaneous silver and costume jewelry** | Va. Code Ann. § 34-4 | 50.00 | 50.00 |
| **2 Wedding bands** | Va. Code Ann. § 34-26(1a) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(K) through work** | **Not property of Bankruptcy Estate under** | 2,317.60 | 2,317.60 |
| | **Patterson v Shumate 504 US 753 (1991)** | | |
| | Va. Code Ann. § 34-34 | 1.00 | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Anticipated tax refund for 2015** | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Any interest in property, (including but not limited to tax refunds, lottery winnings, garnished wages, garnished accounts, preferences, personal injury proceeds), that the Debtor(s) acquires or becomes entitled to acquire within 180 days of the filing of his/her petition in bankruptcy by bequest, devise or inheritance; as a result of a property settlement agreement; or of a divorce decree; or as a beneficiary of a life insurance policy or of a death benefit plan.** | Va. Code Ann. § 34-4 | 1.00 | 1.00 |

Total: 7,171.60       8,820.60

<u>  1  </u> continuation sheets attached to Schedule of Property Claimed as Exempt

7/02/15 4:38PM

B6C (Official Form 6C) (4/13) -- Cont.

In re     **Yohance E. Lee,**                 Case No. _____
          **Dionne A. Holmes-Lee**
                                        ,
                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Savings with Richmond Postal Credit Union ending 3009=01** | **Va. Code Ann. § 34-4** | **225.81** | **225.81** |
| | Total: | **225.81** | **225.81** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Yohance E. Lee,**  Case No. _____
   **Dionne A. Holmes-Lee**
                                           ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Yohance E. Lee,**                                                                   Case No. _____
        **Dionne A. Holmes-Lee**
                                                                      ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                              _1_     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Yohance E. Lee,**
      **Dionne A. Holmes-Lee**

Case No. _____

,

                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxx & 1694**<br><br>**Maryland Transportation Author**<br>**2310 Broening Hwy**<br>**Baltimore, MD 21224** | | J | | 2013<br><br>Deficiency balance | | | | <br><br>56.00 | 0.00 | <br><br>56.00 |
| Account No. **xxx-xx-6309**<br><br>**NHC Animal Control**<br>**c/o Fin. Dept.**<br>**230 Government Drive, Ste 165**<br>**Wilmington, NC 28403** | | J | | 05/19/08<br><br>Services rendered | | | | <br><br>85.00 | 85.00 | <br><br>0.00 |
| Account No. **-1694**<br><br>**Port Authority of NY & NJ**<br>**4 World Trade Center**<br>**150 Greenwich Street**<br>**New York, NY 10007** | | J | | 2013<br><br>Deficiency balance | | | | <br><br>63.00 | 0.00 | <br><br>63.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 85.00<br>204.00 | <br>119.00 |
| | Total<br>(Report on Summary of Schedules) | 85.00<br>204.00 | <br>119.00 |

B6F (Official Form 6F) (12/07)

In re __**Yohance E. Lee,**__                                                Case No. _____
        __**Dionne A. Holmes-Lee**__                                                                ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xC230**<br><br>**A Quality Self Storage Inc**<br>**7815 Ocean Highway East**<br>**Leland, NC 28451** | | | | J | **2009**<br>**Services rendered** | | | | **100.00** |
| Account No. **xxxxxx5666**<br><br>**Aaron's, Inc**<br>**Attn: Bankruptcy Notices**<br>**309 E. Paces Ferry Rd, N.E.**<br>**Atlanta, GA 30305** | | | | J | **2012**<br>**Consumer Credit** | | | | **4,200.00** |
| Account No.<br><br>**Midland Credit Management**<br>**Attn: Bankruptcy Dept.**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | | | | **Representing:**<br>**Aaron's, Inc** | | | | **Notice Only** |
| Account No. **650**<br><br>**Allen, Macdonald & Davis, PLLC**<br>**1508 Military Cutoff Road**<br>**Suite 102**<br>**Wilmington, NC 28403** | | H | | | **08/08/08**<br>**Services Rendered** | | | | **250.00** |

__34__  continuation sheets attached

Subtotal
(Total of this page)                              **4,550.00**

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**
       **Dionne A. Holmes-Lee**                                                          Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx7307**<br><br>**Anesthesia Assoc. of Richmond**<br>**Attn: Bankruptcy Notification**<br>**P.O. Box 17978**<br>**Richmond, VA 23226-7978** | | J | | **2013**<br>**Medical Bill** | | | | **216.00** |
| Account No. **xxx-xx-6390**<br><br>**AT&T Mobility II LLC**<br>**Attn: Bankruptcy Dept.**<br>**One AT&T Way, Room 3A104**<br>**Bedminster, NJ 07921** | | J | | **2008**<br>**Services Rendered** | | | | **215.00** |
| Account No.<br><br>**AFNI, Inc.**<br>**Bankruptcy Dept.**<br>**P. O. Box 3427**<br>**Bloomington, IL 61702-3427** | | | | **Representing:**<br>**AT&T Mobility II LLC** | | | | **Notice Only** |
| Account No.<br><br>**Franklin Collection Services**<br>**2978 West Jackson Street**<br>**P.O. Box 3910**<br>**Tupelo, MS 38801** | | | | **Representing:**<br>**AT&T Mobility II LLC** | | | | **Notice Only** |
| Account No.<br><br>**Prince-Parker & Associates Inc**<br>**8625 Crown Crescent Ct**<br>**P.O. Box 474690**<br>**Charlotte, NC 28247-4690** | | | | **Representing:**<br>**AT&T Mobility II LLC** | | | | **Notice Only** |

Sheet no. __1__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **431.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Yohance E. Lee,**
    **Dionne A. Holmes-Lee**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-6309** <br><br>**Bank of America**<br>**Attn: Bankruptcy Dept.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | H | **2013**<br>**Deficiency balance** | | | | 800.00 |
| Account No. **xxxxxxxx0681** <br><br>**Bank of America, N.A.**<br>**Loss/Recovery**<br>**P O Box 982284**<br>**El Paso, TX 79998-2238** | | J | **2008**<br>**Consumer Credit** | | | | 1,505.45 |
| Account No. **-6309** <br><br>**BB&T Bank**<br>**Bankruptcy Dept.**<br>**P. O. Box 1847**<br>**Wilson, NC 27894** | | H | **2013**<br>**Deficiency balance** | | | | 1,413.00 |
| Account No. **-1694** <br><br>**BB&T Bank**<br>**Bankruptcy Dept.**<br>**P. O. Box 1847**<br>**Wilson, NC 27894** | | J | **2013**<br>**Deficiency balance** | | | | 653.00 |
| Account No. **-6309** <br><br>**Bernard & Associates Realty**<br>**507 Chestnut Street**<br>**Wilmington, NC 28401** | | J | **2009**<br>**Judgment** | | | | 2,337.00 |

Sheet no. __2__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,708.45

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**
       **Dionne A. Holmes-Lee**                                    Case No. _____

_____,
                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0512**<br><br>**Bon Secours**<br>**Bankruptcy Dept**<br>**P.O. Box 28538**<br>**Henrico, VA 23228** | | J | | **2012**<br>**Medical Bill** | | | | **7,700.00** |
| Account No. **xxxxxxxxxxxx6942**<br><br>**Brunswick County Utilities**<br>**P.O. Box 469**<br>**Bolivia, NC 28422** | | H | | **Opened  7/28/10**<br>**Services Rendered** | | | | **180.00** |
| Account No.<br><br>**Online Collections**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 1489**<br>**Winterville, NC 28590** | | | | **Representing:**<br>**Brunswick County Utilities** | | | | **Notice Only** |
| Account No. **xxxx4602**<br><br>**Brunswick Electric**<br>**PO BOx 580348**<br>**Charlotte, NC 28258-0348** | | J | | **2008**<br>**Services Rendered** | | | | **411.00** |
| Account No. **xx2768**<br><br>**Call Federal Credit Union**<br>**Bankruptcy Notification**<br>**4605 Commerce Road**<br>**Richmond, VA 23234** | | J | | **2015**<br>**Returned Check** | | | | **970.00** |

Sheet no. __3___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **9,261.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**
       **Dionne A. Holmes-Lee**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-6309** <br><br> **Call Federal Credit Union** <br> **Bankruptcy Notification** <br> **4605 Commerce Road** <br> **Richmond, VA 23234** | | H | **2015** <br> **Deficiency balance** | | | | 1,000.00 |
| Account No. **xxxx-xxxx-xxxx-2323** <br><br> **Capital One Bank (USA), N.A.** <br> **Bankruptcy Notification** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | | W | **Opened  3/23/13  Last Active  1/19/15** <br> **Credit card** | | | | 496.00 |
| Account No. **xxxx-xGY49** <br><br> **Carecentrix** <br> **Attn: Bankruptcy Dept.** <br> **20 Church Street, Ste 1100** <br> **Hartford, CT 06103** | | J | **2012** <br> **Medical Bills** | | | | 300.00 |
| Account No. **-6309** <br><br> **Carolina First** <br> **d/b/a TD Bank** <br> **2035 LIMESTONE RD** <br> **Wilmington, DE 19808** | | J | **2013** <br> **Deficiency balance** | | | | 3,000.00 |
| Account No. **1378** <br><br> **Cash in Advance** <br> **1930 Castle Hayne Road** <br> **Wilmington, NC 28401** | | J | **2006** <br> **Payday Loan** | | | | 700.00 |

Sheet no. __4___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 5,496.00

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**
**Dionne A. Holmes-Lee**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | J W C | | | | | |
| Account No. xxxxxxx05-00 | | | | 2014 Judgment | | | | |
| Check City Check Cashing Bankruptcy Dept. 2474 North University Avenue Provo, UT 84604 | | W | | | | | | 697.50 |
| Account No. -6309 | | | | 2015 Deficiency balance | | | | |
| Chesterfield Co. Utilities Attn: Bankruptcy Dept. PO Box 608 Chesterfield, VA 23832-0009 | | H | | | | | | 400.00 |
| Account No. -6309 | | | | 2008 Deficiency balance | | | | |
| Chestnut Property Managment PO Box 2196 Wilmington, NC 28402 | | J | | | | | | 2,000.00 |
| Account No. xxxxxxx50-00 | | | | 2012 Judgment | | | | |
| City of Richmond c/o Dept. of Finance 900 E Broad St Rm 103 Richmond, VA 23219 | | W | | | | | | 0.00 |
| Account No. GV12046250-00 | | | | Representing: City of Richmond | | | | Notice Only |
| Ballato Law Firm, PC Attn: Bankruptcy Dept. 3721 Westerre Pkwy, Ste. A Henrico, VA 23233 | | | | | | | | |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,097.50

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
     **Dionne A. Holmes-Lee**
_____,
                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx1231** <br><br> **City of Wilmington** <br> **305 Chestnut St** <br> **PO Box 9001** <br> **Wilmington, NC 28402** | | J | | **2007** <br> **Services Rendered** | | | | 170.00 |
| Account No. **xxxxxxx9690** <br><br> **CJW Medical Center** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 99400** <br> **Louisville, KY 40269** | | W | | **Opened 12/23/14  Last Active  7/01/14** <br> **Medical Bill** | | | | 1,900.00 |
| Account No. <br><br> **Capio Partners, LLC** <br> **Attn: Bankruptcy Dept** <br> **2222 Texoma Parkway, Suite 150** <br> **Sherman, TX 75090** | | | | **Representing:** <br> **CJW Medical Center** | | | | Notice Only |
| Account No. <br><br> **Focused Recovery Solutions** <br> **Bankruptcy Dept.** <br> **9701 Metropolitan Ct., Suite B** <br> **North Chesterfield, VA 23236-3662** | | | | **Representing:** <br> **CJW Medical Center** | | | | Notice Only |
| Account No. <br><br> **HCA Health Services of VA** <br> **Attn: Bankruptcy Notices** <br> **One Park Plaza** <br> **Nashville, TN 37203** | | | | **Representing:** <br> **CJW Medical Center** | | | | Notice Only |

Sheet no. _6_ of _34_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,070.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
**Dionne A. Holmes-Lee**                                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: CJW Medical Center | | | | Notice Only |
| **NPAS Solutions, LLC** **One Park Plaza - Legal Dept.** **Nashville, TN 37203** | | | | | | | | |
| Account No. xxxxxxxx71-00 | | | | 2015 Pending Judgment | | | | |
| **CNAC of Richmond** **Bankruptcy Notification** **7400 Midlotian Turnpike** **Richmond, VA 23225** | | W | | | | | | 1.00 |
| Account No. GV15009171-00 | | | | Representing: CNAC of Richmond | | | | Notice Only |
| **Mark D. Kidd** **3140 Chaparral Drive** **Suite #200** **Roanoke, VA 24018-4317** | | | | | | | | |
| Account No. xxx9837 | | | | Opened  3/13/14  Last Active  3/18/15 Deficiency | | | | |
| **CNAC of Richmond** **Bankruptcy Notification** **7400 Midlotian Turnpike** **Richmond, VA 23225** | | W | | | | | | 9,445.00 |
| Account No. 6594 | | | | 2013 Medical Bill | | | | |
| **Cohen Dermatopathology** **PO Box 414913** **Boston, MA 02241-4913** | | J | | | | | | 27.00 |

Sheet no. __7___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,473.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**     Case No. _____
     **Dionne A. Holmes-Lee**
                                          ,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2999**<br><br>**College Foundation Inc**<br>**2917 Highwoods Blvd**<br>**Raleigh, NC 27604** | | W | Opened 6/16/09 Last Active 5/01/15<br>Student Loans | | | | 12,175.00 |
| Account No. **xxxxxxxxxxxxx7469**<br><br>**Comcast Cable**<br>**Attn. Bankruptcy Dept.**<br>**8029 Corporate Drive**<br>**Nottingham, MD 21236-4977** | | W | Opened 11/19/14<br>Services Rendered | | | | 656.00 |
| Account No.<br><br>**Eastern Account Systems**<br>**Bankruptcy Dept.**<br>**75 Glen Road, Suite #110**<br>**Newtown, CT 06470** | | | Representing:<br>Comcast Cable | | | | Notice Only |
| Account No. **8542**<br><br>**Commonwealth  Radiology, PC**<br>**ATTN: Bankruptcy Department**<br>**1508 Willow Lawn Dr. Suite 117**<br>**Richmond, VA 23230** | | J | 2013<br>Medical Bill | | | | 85.00 |
| Account No. **xx4056**<br><br>**Commonwealth Anesthesia**<br>**Bankruptcy Dept.**<br>**P. O. Box 35808**<br>**Richmond, VA 23225** | | J | 2013<br>Medical Bill | | | | 375.00 |

Sheet no. __8__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,291.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**                                     Case No. _____
         **Dionne A. Holmes-Lee**
                                    _____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx3075  <br><br>**Comprehensive ENT, P.C.**<br>**203 Wexleigh Drive**<br>**Henrico, VA 23229** | | W | | **Opened 7/23/14 Last Active 5/01/13**<br>**Medical Bill** | | | | 468.00 |
| Account No. <br><br>**Receivable Management**<br>**7206 Hull Street Road**<br>**North Chesterfield, VA 23235** | | | | **Representing:**<br>**Comprehensive ENT, P.C.** | | | | Notice Only |
| Account No. xxxxxxxxxxxx6260 <br><br>**Comprehensive ENT, P.C.**<br>**203 Wexleigh Drive**<br>**Henrico, VA 23229** | | H | | **Opened 10/07/13 Last Active 3/01/13**<br>**Medical Bill** | | | | 66.00 |
| Account No. <br><br>**Receivable Management**<br>**7206 Hull Street Road**<br>**North Chesterfield, VA 23235** | | | | **Representing:**<br>**Comprehensive ENT, P.C.** | | | | Notice Only |
| Account No. xxx7838 <br><br>**Continental Emergency Services**<br>**Bankruptcy Dept.**<br>**PO Box 1617**<br>**Mechanicsville, VA 23116** | | H | | **Opened 3/18/13 Last Active 12/01/12**<br>**Medical Bill** | | | | 94.00 |

Sheet no. __9__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            628.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
         **Dionne A. Holmes-Lee**                                              Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PMAB LLC** <br> **Attn: Bankruptcy Dept.** <br> **4135 Southstream Blvd. #400** <br> **Charlotte, NC 28217** | | | **Representing:** <br> **Continental Emergency Services** | | | | **Notice Only** |
| Account No. **xxx-xx-6309** <br><br> **County Waste** <br> **7825 Parham Landing Rd.** <br> **West Point, VA 23181** | | J | **2015** <br> **Services Rendered** | | | | **150.00** |
| Account No. **-6309** <br><br> **County Waste** <br> **12230 Deergrove Rd.** <br> **Midlothian, VA 23112** | | H | **2015** <br> **Deficiency balance** | | | | **257.61** |
| Account No. **-xxxx & -1694** <br><br> **David Girardot** <br> **4607 Franklin Ave. Ste. 110** <br> **Wilmington, NC 28403** | | J | **2008** <br> **Deficiency balance** | | | | **1,437.00** |
| Account No. **xxxx7356** <br><br> **Delaney Radiologists** <br> **1025 Medical Center Dr** <br> **Wilmington, NC 28401** | | J | **Opened 10/01/09 Last Active 4/01/09** <br> **Medical Bills** | | | | **657.00** |

Sheet no. __**10**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,501.61**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
         **Dionne A. Holmes-Lee**                                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Firstpoint Coll Resources, Inc** <br> **Attn: Bankruptcy Dept** <br> **225 Commerce Place** <br> **Greensboro, NC 27401** | | | **Representing:** <br> **Delaney Radiologists** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx1240** <br><br> **Dermatology Assoc of VA** <br> **Attn: Bankruptcy Department** <br> **301 Concourse Road, Suite 190** <br> **Glen Allen, VA 23059** | | W | **Opened 10/04/12  Last Active  1/01/12** <br> **Medical Bill** | | | | **108.00** |
| Account No. <br><br> **Receivables Management System** <br> **Attn: Bankruptcy Dept** <br> **7206 Hull Street Road** <br> **North Chesterfield, VA 23235** | | | **Representing:** <br> **Dermatology Assoc of VA** | | | | **Notice Only** |
| Account No. **xxxx6670** <br><br> **DirecTV** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 6550** <br> **Greenwood Village, CO 80155-6550** | | J | **2007** <br> **Services Rendered** | | | | **432.00** |
| Account No. <br><br> **AFNI, Inc.** <br> **Bankruptcy Dept.** <br> **P. O. Box 3427** <br> **Bloomington, IL 61702-3427** | | | **Representing:** <br> **DirecTV** | | | | **Notice Only** |

Sheet no. __11__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **540.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**                                           Case No. _____
         **Dionne A. Holmes-Lee**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nationwide Credit, Inc.**<br>**PO Box 26314**<br>**Lehigh Valley, PA 18002-6314** | | | **Representing:**<br>**DirecTV** | | | | **Notice Only** |
| Account No. **xxxxxx0785**<br><br>**Dominion Virginia Power**<br>**P.O. Box 26666**<br>**18th Floor**<br>**Richmond, VA 23261** | | J | **2015**<br>**Services Rendered** | | | | **1,400.00** |
| Account No.<br><br>**CBE Group, Inc.**<br>**Attn: Bankruptcy Department**<br>**1309 Technology Parkway**<br>**Cedar Falls, IA 50613** | | | **Representing:**<br>**Dominion Virginia Power** | | | | **Notice Only** |
| Account No. **xxxxxx8001**<br><br>**Dr. Yvonne Knight**<br>**3811 Gaskins Rd**<br>**Henrico, VA 23233** | | W | **Opened  1/18/12  Last Active 12/01/10**<br>**Medical Bills** | | | | **493.00** |
| Account No.<br><br>**I.C. System, Inc**<br>**Bankruptcy Notification**<br>**P.O. Box 64437**<br>**Saint Paul, MN 55164-0437** | | | **Representing:**<br>**Dr. Yvonne Knight** | | | | **Notice Only** |

Sheet no. __**12**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,893.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
         **Dionne A. Holmes-Lee**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-6309** <br><br> **DYC, LLC** <br> **7231 Airlie Place** <br> **Wilmington, NC 28403** | | H | 2010 <br> **Deficiency balance** | | | | 2,000.00 |
| Account No. **xxxxxxxxxxxx5949** <br><br> **ECEP** <br> **Attn: Bankruptcy** <br> **4402 Shipyard Blvd** <br> **Wilmington, NC 28403** | | J | Opened  2/22/10 <br> **Medical Bills** | | | | 1,303.00 |
| Account No. <br><br> **Financial Data Systems** <br> **1638 Military Cutoff Road** <br> **Wilmington, NC 28403** | | | Representing: <br> ECEP | | | | Notice Only |
| Account No. **xxx7202** <br><br> **Enterprise Rent a Car** <br> **Attn: Accts Receivable** <br> **5601 A Market Street** <br> **Wilmington, NC 28405-3511** | | J | 2007 <br> **Rental** | | | | 323.00 |
| Account No. **xxxxx3710** <br><br> **Express Scripts** <br> **Attn: Bankruptcy** <br> **P.O. Box 66580** <br> **Saint Louis, MO 63166-6580** | | J | 2012 <br> **Medical Bill** | | | | 132.00 |

Sheet no. __**13**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,758.00**

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
**Dionne A. Holmes-Lee**                                         Case No. _____
                                                          ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **x9177**<br><br>**FASV, PC**<br>**7016 Lee Park Road, Ste 105**<br>**Mechanicsville, VA 23111** | J | | | **2012**<br>**Medical Bills** | | | | 40.00 |
| Account No. **-6309**<br><br>**First Citizens Bank**<br>**Bankruptcy Dept.**<br>**P. O. Box 11757**<br>**Columbia, SC 29211** | H | | | **2013**<br>**Deficiency balance** | | | | 500.00 |
| Account No. **-1694**<br><br>**First Citizens Bank**<br>**Bankruptcy Dept.**<br>**P. O. Box 11757**<br>**Columbia, SC 29211** | W | | | **2013**<br>**Deficiency balance** | | | | 500.00 |
| Account No. **xxxx7327**<br><br>**Fort Sill National Bank**<br>**P.O. Box 33009**<br>**Fort Sill, OK 73503-9989** | J | | | **Opened  6/18/10**<br>**Overdrawn Account** | | | | 236.00 |
| Account No.<br><br>**ChexSystems Collection Agency**<br>**7805 Hudson Road, Suite 100**<br>**Woodbury, MN 55125** | | | | **Representing:**<br>**Fort Sill National Bank** | | | | **Notice Only** |

Sheet no. __**14**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          | **1,276.00** |

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
    **Dionne A. Holmes-Lee**
                                       ,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4601**<br><br>**Four County EMC**<br>**1822 N.C. 53 West**<br>**PO Box 667**<br>**Burgaw, NC 28425** | | J | **2006**<br>**Services Rendered** | | | | 270.00 |
| Account No. **xxxxxxxx47-00**<br><br>**Gastrointestinal Specialists**<br>**2369 Staples Mill Road**<br>**2nd Floor**<br>**Richmond, VA 23230-2909** | | J | **2013**<br>**Judgment** | | | | 905.93 |
| Account No. **GV13020247-00**<br><br>**Solodar & Solodar**<br>**Bankruptcy Dept.**<br>**11504 Allecingie Pwy.**<br>**Richmond, VA 23235** | | | **Representing:**<br>**Gastrointestinal Specialists** | | | | Notice Only |
| Account No. **xxxxxx1367**<br><br>**GEICO Indeminity Co.**<br>**Attn: Bankruptcy Dept.**<br>**One GEICO Boulevard**<br>**Fredericksburg, VA 22412-0007** | | J | **2015**<br>**Services** | | | | 190.00 |
| Account No. **xx-xxx8313**<br><br>**Great Lakes**<br>**PO Box 530229**<br>**Atlanta, GA 30353-0229** | | J | **2008**<br>**Personal Loan** | | | | 4,600.00 |

Sheet no. __**15**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,965.93

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**
       **Dionne A. Holmes-Lee**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx6399<br><br>Henrico Doctor's Hospital<br>Attn: Bankruptcy Dept.<br>P.O. Box 99400<br>Louisville, KY 40269 | | H | Opened 6/04/13 Last Active 12/01/12<br>**Medical Bills** | | | | 1,500.00 |
| Account No.<br><br>Focused Recovery Solutions<br>Bankruptcy Dept.<br>9701 Metropolitan Ct., Suite B<br>North Chesterfield, VA 23236-3662 | | | Representing:<br>Henrico Doctor's Hospital | | | | Notice Only |
| Account No. 1039<br><br>Henrico Surgical Specialist<br>Bankruptcy Notice<br>3 Maryland Farms Ste. 250<br>Brentwood, TN 37027-5053 | | J | 2013<br>**Medical Bills** | | | | 211.00 |
| Account No. 4830<br><br>Inpatient Medical Services PA<br>Attn: Bankruptcy Dept.<br>4299 San Felipe Rd, Ste 300<br>Houston, TX 77027 | | J | 2013<br>**Medical Bills** | | | | 70.00 |
| Account No. 1039<br><br>Inst. of Advanced ENT Surgery<br>3 Maryland Farms Ste 250<br>Brentwood, TN 37027-5053 | | J | 2013<br>**Medical Bills** | | | | 260.00 |

Sheet no. __16__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,041.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
         **Dionne A. Holmes-Lee**                                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-1694**<br><br>**Integrated Auto. Fin., LLC**<br>**Attn: Bankruptcy notices**<br>**4801 Courthouse St, Ste 300**<br>**Williamsburg, VA 23188** | | W | **09/15/14**<br>**Deficiency** | | | | **12,700.00** |
| Account No.<br><br>**Mark D. Kidd**<br>**P.O. Box 20487**<br>**Roanoke, VA 24018** | | | **Representing:**<br>**Integrated Auto. Fin., LLC** | | | | **Notice Only** |
| Account No. **xxx-xxx-6309**<br><br>**Intercede Health**<br>**2000 Crawford Street, Ste 1350**<br>**Houston, TX 77002** | | J | **2015**<br>**Services Rendered** | | | | **75.00** |
| Account No.<br><br>**Meehan Law, LLC**<br>**700 Spirit of St. Louis Blvd**<br>**Ste A**<br>**Chesterfield, MO 63005** | | | **Representing:**<br>**Intercede Health** | | | | **Notice Only** |
| Account No. **9292**<br><br>**James River Emergency Group**<br>**5665 New Northside Drive**<br>**Suite 320**<br>**Atlanta, GA 30328** | | J | **2014**<br>**Medical Bill** | | | | **122.00** |

Sheet no. __17__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **12,897.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**                                                        Case No. _____
       **Dionne A. Holmes-Lee**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Durham & Durham, LLP**<br>**Attn: Bankruptcy Dept**<br>**5665 New Northside Dr, Ste 340**<br>**Atlanta, GA 30328** | | | **Representing:**<br>**James River Emergency Group** | | | | **Notice Only** |
| Account No. **-6309**<br><br>**Joanne S. Parker**<br>**533 Rivage Promenade**<br>**Wilmington, NC 28412** | | H | **2009**<br>**Deficiency balance** | | | | **2,600.00** |
| Account No. **-6309**<br><br>**Kool Smiles**<br>**400 Galleria Parkway Suite 800**<br>**Atlanta, GA 30339** | | H | **2013**<br>**Deficiency balance** | | | | **3,876.00** |
| Account No. **xxxx8807**<br><br>**Laboratory Corp. of America**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 2240**<br>**Burlington, NC 27216-2240** | | J | **2015**<br>**Medical Bills** | | | | **100.00** |
| Account No. <br><br>**LCA Collections**<br>**Attn:  Bankruptcy Dept**<br>**PO Box 2240**<br>**Burlington, NC 27216-2240** | | | **Representing:**<br>**Laboratory Corp. of America** | | | | **Notice Only** |

Sheet no. __**18**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,576.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
     **Dionne A. Holmes-Lee**                                      Case No. _____

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5921** <br><br> **Liberty Mutual** <br> **Attn: Bankruptcy Notices** <br> **175 Berkeley Street** <br> **Boston, MA 02116** | | J | | **2013** <br> **Insurance** | | | | **956.00** |
| Account No. <br><br> **Credit Collection Services** <br> **Bankruptcy Dept.** <br> **P.O. Box 9134** <br> **Needham Heights, MA 02494-9134** | | | | Representing: <br> Liberty Mutual | | | | **Notice Only** |
| Account No. **6777** <br><br> **MCV Hospital** <br> **Attn: Bankruptcy Notification** <br> **P.O. Box 980462** <br> **Richmond, VA 23298-0462** | | J | | **2012** <br> **Medical Bill** | | | | **132.00** |
| Account No. <br><br> **FirstSource Advantage, LLC** <br> **Attn: Bankruptcy Dept.** <br> **205 Bryant Woods South** <br> **Amherst, NY 14228** | | | | Representing: <br> MCV Hospital | | | | **Notice Only** |
| Account No. <br><br> **MCV Associated Physicians** <br> **830 E Main Street** <br> **Suite 1900** <br> **Richmond, VA 23219** | | | | Representing: <br> MCV Hospital | | | | **Notice Only** |

Sheet no. __**19**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
    (Total of this page)         **1,088.00**

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
      **Dionne A. Holmes-Lee**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **MCV Collections** Attn: Bankruptcy Dept. P.O. Box 758721 Baltimore, MD 21275 | | | | Representing: MCV Hospital | | | | **Notice Only** |
| Account No. **xx9593** **MEDAC Health Services PA** 3710 Shipyard Blvd Wilmington, NC 28403 | | J | | 2006 Medical Bill | | | | **30.00** |
| Account No. **xxxxxxx5239** **Monument Pathologists, Inc.** Attn: Bankruptcy Notices 5801 Bremo Road Richmond, VA 23226 | | J | | 2012 Medical Bill | | | | **16.00** |
| Account No. **xx9080** **N. Am. Partners in Anesthesia** PO Box 37090 Baltimore, MD 21297-3090 | | W | | 2015 Medical Bill | | | | **720.00** |
| Account No. **-6309** **New Generations FCU** Bankruptcy Notice 1700 Robin Hood Road Richmond, VA 23220 | | H | | 2015 Deficiency balance | | | | **1,084.03** |

Sheet no. __20__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal      
(Total of this page)      

**1,850.03**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**
      **Dionne A. Holmes-Lee**
_____,
          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3902**<br><br>**New Hanover Regional Hospital**<br>**Attn: Bankruptcy**<br>**2131 S 17th Street**<br>**Wilmington, NC 28401** | | H | **Opened 9/08/09 Last Active 8/01/09**<br>**Medical Bills** | | | | **6,092.00** |
| Account No.<br><br>**Paragon Revenue Group**<br>**Attn: Bankruptcy Dept**<br>**P.O. Box 126**<br>**Concord, NC 28026** | | | **Representing:**<br>**New Hanover Regional Hospital** | | | | **Notice Only** |
| Account No. **-6309**<br><br>**North Metro Properties**<br>**PO Box 1144**<br>**Wilmington, NC 28402** | | J | **2006**<br>**Deficiency balance** | | | | **2,000.00** |
| Account No. **xxx2558**<br><br>**Norwood Pharmacy**<br>**c/o Ignite Spot Accounting**<br>**PO Box 707**<br>**Layton, UT 84041** | | J | **2015**<br>**Medical Bills** | | | | **80.00** |
| Account No. **xxxx7313**<br><br>**OrthoVirginia, Inc.**<br>**Billing/Bankruptcy Dept.**<br>**1115 Boulders Pkwy, Suite 200**<br>**North Chesterfield, VA 23225** | | J | **2012**<br>**Medical services** | | | | **50.00** |

Sheet no. __21__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,222.00**

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yohance E. Lee,**                                    Case No. _____
        **Dionne A. Holmes-Lee**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx9010**  **Patient First** **Attn: Billing/Bankruptcy Dept.** **P.O. Box 758941** **Baltimore, MD 21275-8941** | | W | | Opened  4/25/13  Last Active 12/01/12 **Medical Bills** | | | | **90.00** |
| Account No.  **Receivables Management System** **Attn: Bankruptcy Dept** **7206 Hull Street Road** **North Chesterfield, VA 23235** | | | | Representing: **Patient First** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx3242**  **Patient First** **Attn: Billing/Bankruptcy Dept.** **P.O. Box 758941** **Baltimore, MD 21275-8941** | | H | | Opened  7/12/12  Last Active  4/01/12 **Medical Bills** | | | | **88.00** |
| Account No.  **Receivables Management System** **Attn: Bankruptcy Dept** **7206 Hull Street Road** **North Chesterfield, VA 23235** | | | | Representing: **Patient First** | | | | **Notice Only** |
| Account No. **xxxx6612**  **Primary Health Group, Inc.** **One Park Plaza** **Nashville, TN 37203** | | J | | Opened  4/17/15  Last Active  5/01/14 **Medical Bills** | | | | **420.00** |

Sheet no. __22__ of __34__ sheets attached to Schedule of               Subtotal               **598.00**
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**
**Dionne A. Holmes-Lee**

Case No. _____

Debtors ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** | | | | | | | | |
| **CAC Financial Corp**<br>**Bankruptcy Dept.**<br>**2601 NW Expressway, #1000 East**<br>**Oklahoma City, OK 73112-7236** | | | | Representing:<br>**Primary Health Group, Inc.** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Primary Health Group**<br>**101 Cowardin Ave # 305**<br>**Richmond, VA 23224** | | | | Representing:<br>**Primary Health Group, Inc.** | | | | **Notice Only** |
| **Account No.** xxxxxxxxxxxx7303 | | W | | **Opened  7/13/12  Last Active  6/01/10**<br>**Services Rendered** | | | | |
| **Progress Energy**<br>**P.O. Box 1551**<br>**Raleigh, NC 27602** | | | | | | | | **634.00** |
| **Account No.** | | | | | | | | |
| **Interstate Credit Coll**<br>**Attn: Bankruptcy Dept.**<br>**711 Coliseum Plaza Ct**<br>**Winston Salem, NC 27106** | | | | Representing:<br>**Progress Energy** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Online Collections**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 1489**<br>**Winterville, NC 28590** | | | | Representing:<br>**Progress Energy** | | | | **Notice Only** |

Sheet no. __23__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**634.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
         **Dionne A. Holmes-Lee**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SCA**<br>**P.O. Box 910**<br>**Edenton, NC 27932** | | | **Representing:**<br>**Progress Energy** | | | | **Notice Only** |
| Account No. **xxxxxxxx98-00**<br><br>**Pusha Mago**<br>**5012 Cedarbend Lane**<br>**Richmond, VA 23237** | | J | **2014**<br>**Judgment** | | | | **1,343.00** |
| Account No. **xxxxxxxx91-00**<br><br>**Pusha Mago**<br>**5012 Cedarbend Lane**<br>**Richmond, VA 23237** | | J | **2014**<br>**Judgment** | | | | **1,193.00** |
| Account No. **xxxxx3949**<br><br>**Quest Diagnostics Inc**<br>**Bankruptcy Dept.**<br>**P.O. Box 7302**<br>**Hollister, MO 65673-7302** | | J | **2013**<br>**Medical Bills** | | | | **10.00** |
| Account No. **xxxx2792**<br><br>**Radiology Assoc. of Richmond**<br>**Attn: Bankruptcy Notification**<br>**2602 Buford Road**<br>**Richmond, VA 23225** | | J | **2010**<br>**Medical Bill** | | | | **90.00** |

Sheet no. __24__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,636.00**

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Yohance E. Lee,**  **Dionne A. Holmes-Lee**                                      Case No. _____
_____,
                                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Credit Adjustment Board, Inc.** <br>**8002 Discovery Drive** <br>**Suite 311** <br>**Henrico, VA 23229** | | | **Representing:** <br>**Radiology Assoc. of Richmond** | | | | **Notice Only** |
| Account No. **-6309** <br><br>**RBC Centura** <br>**301 FAYETTEVILLE ST STE 1200** <br>**Raleigh, NC 27601** | | J | **2013** <br>**Deficiency balance** | | | | **450.00** |
| Account No. **xxxx4231** <br><br>**Regional Acceptance** <br>**Bankruptcy Dept.** <br>**10051 Midlothian Turnpike** <br>**Richmond, VA 23235** | | J | **2012** <br>**Deficiency** | | | | **4,000.00** |
| Account No. <br><br>**Tate & Kirlin Assoc.** <br>**Bankruptcy Dept.** <br>**2810 Southampton Road** <br>**Philadelphia, PA 19154** | | | **Representing:** <br>**Regional Acceptance** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-2144** <br><br>**Rewards 660 Processing Center** <br>**PO Box 30383** <br>**Tampa, FL 33630-3383** | | J | **2008** <br>**Consumer Credit** | | | | **250.00** |

Sheet no. __25__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **4,700.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Yohance E. Lee,**                                           Case No. _____
          **Dionne A. Holmes-Lee**
                                                            ,
                               Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxA679<br><br>**Richmond Diabates and Endo.**<br>**7229 Forest Avenue**<br>**Suite 110**<br>**Henrico, VA 23231** | | J | **2012**<br>**Medical Bills** | | | | 110.00 |
| Account No. 0183<br><br>**Richmond Emergency Physicians**<br>**5855 Bremo Road, Sutie 210**<br>**Richmond, VA 23226** | | J | **2012**<br>**Medical Bill** | | | | 152.00 |
| Account No. xxxxxxxx60-00<br><br>**Richmond Postal Credit Union**<br>**Bankruptcy Notice**<br>**1601 Ownby Lane**<br>**Richmond, VA 23220** | | W | **2007**<br>**Judgment** | | | | 748.91 |
| Account No. GV07062160-00<br><br>**Lafayette, Ayers & Whitlock**<br>**Bankruptcy Dept.**<br>**10160 Staples Mill Road, #105**<br>**Glen Allen, VA 23060** | | | **Representing:**<br>**Richmond Postal Credit Union** | | | | Notice Only |
| Account No. x6016<br><br>**Royal Derm & Aes. Skin Care**<br>**7229 Forrest Ave, Ste 100**<br>**Richmond, VA 23226** | | J | **2015**<br>**Medical Bills** | | | | 30.00 |

Sheet no. __26__ of __34__ sheets attached to Schedule of                          Subtotal          | 1,040.91
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

7/02/15 4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yohance E. Lee,**
        **Dionne A. Holmes-Lee**                                              Case No. _____

                                                                        ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-6039**<br><br>**Sleep Clinic**<br>**P.O. Box 71703**<br>**Henrico, VA 23255** | | J | 2013<br>Medical Bills | | | | 120.00 |
| Account No. **xxxx6029**<br><br>**Sprint Nextel**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 7949**<br>**Overland Park, KS 66207-0949** | | H | Opened 11/26/13  Last Active  9/01/11<br>Services Rendered | | | | 776.00 |
| Account No.<br><br>**Enhanced Recovery Company LLC**<br>**Attn: Bankruptcy Dept**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256** | | | Representing:<br>Sprint Nextel | | | | Notice Only |
| Account No.<br><br>**Pentagroup Financial**<br>**Attn: Bankruptcy Dept.**<br>**5959 Corporate Dr,Ste 1400**<br>**Houston, TX 77036** | | | Representing:<br>Sprint Nextel | | | | Notice Only |
| Account No. **xxxxxx4407**<br><br>**State Farm Ins.**<br>**PO Box 2329**<br>**Bloomington, IL 61702-2329** | | J | 2013<br>Insurance | | | | 581.00 |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,477.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
         **Dionne A. Holmes-Lee**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xx-6309**<br><br>**SunTrust Bank**<br>**Attn: Bankruptcy Dept**<br>**P.O. Box 85024**<br>**Richmond, VA 23285-5024** | | J | | | **2008**<br>**Overdrawn Check** | | | | **668.00** |
| Account No.<br><br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | | **Representing:**<br>**SunTrust Bank** | | | | **Notice Only** |
| Account No. **-6309**<br><br>**SunTrust Bank**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 4928**<br>**Orlando, FL 32802** | | H | | | **2013**<br>**Deficiency balance** | | | | **795.00** |
| Account No. **-1694**<br><br>**SunTrust Bank**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 4928**<br>**Orlando, FL 32802** | | | W | | **2013**<br>**Deficiency balance** | | | | **2,891.00** |
| Account No. **xxxxxxxxxxxx5989**<br><br>**The Foot and Ankle Center**<br>**Attn: Bankruptcy Dept.**<br>**1465 Johnston Willis Dr**<br>**Richmond, VA 23235** | | | W | | **Opened  4/17/12  Last Active 10/01/11**<br>**Medical Bills** | | | | **823.00** |

Sheet no. __28__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,177.00**

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**
**Dionne A. Holmes-Lee**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Receivable Management** <br>**7206 Hull Street Road** <br>**North Chesterfield, VA 23235** | | | **Representing:** <br>**The Foot and Ankle Center** | | | | **Notice Only** |
| Account No. xxxxxxxxxx0146 <br><br>**TRS Recovery Services, Inc.** <br>**5251 Westheimer** <br>**Houston, TX 77056** | | J | **2007** <br>**Consumer Credit** | | | | **202.42** |
| Account No. xxxxxxxxxxx8581 <br><br>**U.S. Dept. of Education/GLESI** <br>**Bankruptcy Notification** <br>**P.O. Box 7860** <br>**Madison, WI 53707** | | W | **Opened 9/15/09 Last Active 5/01/15** <br>**Student Loans** | | | | **53,513.00** |
| Account No. <br><br>**Navient** <br>**PO Box 9500** <br>**Wilkes Barre, PA 18773** | | | **Representing:** <br>**U.S. Dept. of Education/GLESI** | | | | **Notice Only** |
| Account No. xxxxxxxxxxx8581 <br><br>**U.S. Dept. of Education/GLESI** <br>**Bankruptcy Notification** <br>**P.O. Box 7860** <br>**Madison, WI 53707** | | H | **Opened 2/10/12 Last Active 5/01/15** <br>**Student Loans** | | | | **19,257.00** |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72,972.42**

7/02/15 4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Yohance E. Lee,**
     **Dionne A. Holmes-Lee**
_____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Navient PO Box 9500 Wilkes Barre, PA 18773 | | | | Representing: U.S. Dept. of Education/GLESI | | | | Notice Only |
| Account No. xxxxxxxxx0001 | | | | Opened 8/01/14 Last Active 10/01/14 Services Rendered | | | | |
| Verizon Attn: Bankruptcy Dept. 500 Technology Dr., Suite 300 Weldon Spring, MO 63304 | | H | | | | | | 3,295.00 |
| Account No. | | | | | | | | |
| AFNI, Inc. Bankruptcy Dept. P. O. Box 3427 Bloomington, IL 61702-3427 | | | | Representing: Verizon | | | | Notice Only |
| Account No. | | | | | | | | |
| EOS CCA Attn: Bankruptcy 700 Longwater Drive Norwell, MA 02061 | | | | Representing: Verizon | | | | Notice Only |
| Account No. -1694 | | | | 2013 Deficiency balance | | | | |
| Violation Process Center PO Box 1234 Clifton Forge, VA 24422 | | W | | | | | | 128.50 |

Sheet no. __30__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,423.50

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yohance E. Lee,**          Case No. _____
        **Dionne A. Holmes-Lee**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-6309** <br><br> **Virginia Credit Union** <br> **Attn: Bankruptcy Department** <br> **P.O. Box 90010** <br> **Richmond, VA 23225** | | H | **2013** <br> **Deficiency balance** | | | | **1,148.04** |
| Account No. **xxx9130** <br><br> **Virginia Ear, Nose, & Throat** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 36007** <br> **North Chesterfield, VA 23235-8000** | | J | **2015** <br> **Medical Bills** | | | | **463.00** |
| Account No. **xxxx7059** <br><br> **Virginia Emergency Physicians** <br> **Attn: Bankruptcy Dept** <br> **1602 Skipwith Road** <br> **Henrico, VA 23229** | | H | **Opened  1/31/11  Last Active 10/01/10** <br> **Medical Bill** | | | | **1,246.00** |
| Account No. <br><br> **NCO Financial Systems, Inc.** <br> **2360 Campbell Creek, Suite 500** <br> **Richardson, TX 75082** | | | **Representing:** <br> **Virginia Emergency Physicians** | | | | **Notice Only** |
| Account No. <br><br> **Transworld Systems Inc.** <br> **Attn: Bankruptcy Dept.** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | | | **Representing:** <br> **Virginia Emergency Physicians** | | | | **Notice Only** |

Sheet no. __31__ of __34__ sheets attached to Schedule of          Subtotal          **2,857.04**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

7/02/15  4:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**                                                          Case No. _____
           **Dionne A. Holmes-Lee**
                                                          ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xx0468**<br><br>**Virginia Urology**<br>**Bankruptcy Notification**<br>**9105 Stony Point Drive**<br>**Richmond, VA 23235** | | J | | **2013**<br>**Medical Bills** | | | | **40.00** |
| Account No. **-6309**<br><br>**Wells Fargo Bank Nevada, NA**<br>**Attn: Bankruptcy Dept**<br>**P.O. Box 31557**<br>**Billings, MT 59107** | | H | | **2013**<br>**Deficiency balance** | | | | **500.00** |
| Account No. **-1694**<br><br>**Wells Fargo Bank Nevada, NA**<br>**Attn: Bankruptcy Dept**<br>**P.O. Box 31557**<br>**Billings, MT 59107** | | W | | **2013**<br>**Deficiency balance** | | | | **500.00** |
| Account No. **xxx3718**<br><br>**Westlake Financial Serv.**<br>**4751 Wilshire Blvd.**<br>**Suite 100**<br>**Los Angeles, CA 90010** | | W | | **Opened  3/16/12  Last Active  7/02/14**<br>**Judgment** | | | | **5,219.00** |
| Account No.<br><br>**Shenandoah Legal Group**<br>**POB 75**<br>**310 Jefferson St. SE**<br>**Roanoke, VA 24002** | | | | **Representing:**<br>**Westlake Financial Serv.** | | | | **Notice Only** |

Sheet no. __**32**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **6,259.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Yohance E. Lee,**
**Dionne A. Holmes-Lee**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |
| Account No. **-6309**<br><br>**William J. Bordeaux, Jr.**<br>**7513 Old Oak Rd.**<br>**Wilmington, NC 28411** |  | J |  | **2010**<br>**Deficiency balance** |  |  |  | **2,000.00** |
| Account No. **xxxxxxxxxxxx2643**<br><br>**Wilmington Pathology**<br>**1915 S 17th St #100**<br>**Wilmington, NC 28403** |  | W |  | **Opened  5/18/10  Last Active  3/01/10**<br>**Medical Bills** |  |  |  | **138.00** |
| Account No.<br><br>**Financial Data Systems**<br>**1638 Military Cutoff Road**<br>**Wilmington, NC 28403** |  |  |  | **Representing:**<br>**Wilmington Pathology** |  |  |  | **Notice Only** |
| Account No. **xx0942**<br><br>**Wilmington Pathology Assoc.**<br>**1915 S 17th Street, #100**<br>**Wilmington, NC 28403** |  | W |  | **Opened  4/01/09  Last Active 10/01/08**<br>**Medical Bills** |  |  |  | **48.00** |
| Account No.<br><br>**Stern & Associates**<br>**Attn: Bankruptcy Dept.**<br>**415 North Edgeworth St., #210**<br>**Greensboro, NC 27401** |  |  |  | **Representing:**<br>**Wilmington Pathology Assoc.** |  |  |  | **Notice Only** |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,186.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yohance E. Lee,**
         **Dionne A. Holmes-Lee**                                                Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6595**<br><br>**Wilmington Pathology Assoc.**<br>**1915 S 17th Street, #100**<br>**Wilmington, NC 28403** | | H | **Opened 9/01/09 Last Active 4/01/09**<br>**Medical Bills** | | | | 140.00 |
| Account No.<br><br>**Stern & Associates**<br>**Attn: Bankruptcy Dept.**<br>**415 North Edgeworth St., #210**<br>**Greensboro, NC 27401** | | | **Representing:**<br>**Wilmington Pathology Assoc.** | | | | Notice Only |
| Account No. **-6309**<br><br>**Woodforest National Bank**<br>**Bankruptcy Notice**<br>**P. O. Box 7889**<br>**Spring, TX 77387-7889** | | J | **2013**<br>**Deficiency balance** | | | | 875.00 |
| Account No.<br><br><br><br> | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | |

Sheet no. __34__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 1,015.00 |
| Total<br>(Report on Summary of Schedules) | | 208,590.39 |

Best Case Bankruptcy

7/02/15  4:38PM

B6G (Official Form 6G) (12/07)

In re   **Yohance E. Lee,**                                              Case No. _____
         **Dionne A. Holmes-Lee**
_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

7/02/15  4:38PM

B6H (Official Form 6H) (12/07)

In re  **Yohance E. Lee,**
       **Dionne A. Holmes-Lee**                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Yohance E. Lee** |
| Debtor 2<br>(Spouse, if filing) | **Dionne A. Holmes-Lee** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:      Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed | ■ Employed |
| | | ■ Not employed | ☐ Not employed |
| **Occupation** | | | Mortgage Specialist |
| **Employer's name** | | | **SunTrust Mortgage** |
| **Employer's address** | | | **1001 Semmes Ave**<br>**Sixth Floor RVW-3034**<br>**Richmond, VA 23224** |
| **How long employed there?** | | | **4 yrs** |

---

**Part 2:      Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ _____ 0.00 | $ _____ 3,007.32 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ _____ 0.00 | +$ _____ 0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $ _____ 0.00 | $ _____ 3,007.32 |

Debtor 1  **Yohance E. Lee**
Debtor 2  **Dionne A. Holmes-Lee**

Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 3,007.32 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 277.42 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 537.52 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: **401K loan 10** | 5h.+ | $ 0.00 + | $ 75.40 |
| **401K loan 9** | | $ 0.00 | $ 73.46 |
| **United Way** | | $ 0.00 | $ 6.00 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 969.80 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 2,037.52 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: **Odd Jobs at Church** | 8h.+ | $ 420.00 + | $ 0.00 |
| 9. **Add all other income.** Add lines 8a+8c+8d+8e+8f+8g+8h. | 9. | $ 420.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.            10.  $ 420.00 + $ 2,037.52 = $ 2,457.52
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                    11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies          12.  $ 2,457.52

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1    **Yohance E. Lee**

Debtor 2    **Dionne A. Holmes-Lee**
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses

12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

**1.   Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file a separate Schedule J.

**2.   Do you have dependents?**    ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

■ Yes.   Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **12 yrs** | ☐ No   ■ Yes |
| **Son** | **13 yrs** | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**

■ No
☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

**4.   The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4. $    **1,100.00**

**If not included in line 4:**

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $   0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $   0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $   0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $   0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $   0.00 |

Debtor 1   **Yohance E. Lee**
Debtor 2   **Dionne A. Holmes-Lee**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **60.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **50.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **160.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **500.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **60.00** |
| 10. | **Personal care products and services** | | 10. $ | **75.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **400.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | **2,805.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **2,457.52** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **2,805.00** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-347.48** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re      **Yohance E. Lee**
    **Dionne A. Holmes-Lee**
_____

                                 Debtor(s)

Case No. _____

Chapter     **7**     _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**53**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July  2, 2015**_____     Signature   **/s/ Yohance E. Lee**_____
                                             **Yohance E. Lee**
                                             Debtor

Date   **July  2, 2015**_____     Signature   **/s/ Dionne A. Holmes-Lee**_____
                                             **Dionne A. Holmes-Lee**
                                             Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Yohance E. Lee**
        **Dionne A. Holmes-Lee**                         Case No.

                                        Debtor(s)             Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2015 YTD Gross income from wages (H) - note: Mr. Lee has not received any income from wages in 2015** |
| **$17,248.24** | **2015 YTD Gross income from wages (W)** |
| **$0.00** | **2014 Gross income from wages (H) - note: Mr. Lee received no income from wages in 2014** |
| **$31,450.00** | **2014 Gross income from wages (W)** |
| **$23,579.00** | **2013 Gross income from wages (H)** |
| **$29,386.00** | **2013 Gross income from wages (W)** |

B7 (Official Form 7) (04/13)

2

## 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                AMOUNT                |                SOURCE                |
| --- | --- |

## 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Gastrointestinal Specialists, Inc. v. Yohance Lee, GV13020247-01** | **Garnishment** | **Chesterfield Gen. District Ct. Attn: Clerk of Court - CIVIL P. O. Box 144 Chesterfield, VA 23832-0144** | **Dismissed no funds, 8/7/2014** |
| **Pusha Mago v. Yohance E. Lee & Dionne Holmes-Lee, GV14018698-00** | **Unlawful Detainer** | **Chesterfield Gen. District Ct. Attn: Clerk of Court - CIVIL P. O. Box 144 Chesterfield, VA 23832-0144** | **Judgment, 12/16/2014** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CNAC of Richmond v. Dionne A. Holmes-Lee, GV15009171-00** | **Warrant in Debt** | **Chesterfield Gen. District Ct. Attn: Clerk of Court - CIVIL P. O. Box 144 Chesterfield, VA 23832-0144** | **Pending, Hearing 7/21/2015** |
| **Check City v. Dionne Holmes-Lee, GV14038605-00** | **Warrant in Debt** | **Richmond General District Ct. Attn: Clerk of Court - CIVIL 400 N. Ninth Street, Room 203 Richmond, VA 23219** | **Default Judgment on 12/3/2014** |
| **Check City v. Dionne Holmes-Lee, GV14038605-01** | **Garnishment** | **Richmond General District Ct. Attn: Clerk of Court - CIVIL 400 N. Ninth Street, Room 203 Richmond, VA 23219** | **"Other" on 4/9/2015** |

None  ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None  ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None  □  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Fountain Deliverance**<br>**3800 E. Broad Rock Rd.**<br>**Richmond, VA 23224** | **None** | **Montly** | **Contribution $100** |

**8. Losses**

None<br>■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None<br>☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Yvonne Cochran, Attorney**<br>**Cochran Bankruptcy Law Firm**<br>**4509 W. Broad St.**<br>**Richmond, VA 23230** | **6/29/2015**<br>**7/2/2015** | **$800.00 which includes costs and fees of $335.00 court filing fee, $40.00 credit counseling, $40.00 per person credit report.** |

**10. Other transfers**

None<br>■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None<br>■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None<br>■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Lyrcine Holes<br>12841 Benfry Dr.<br>Fort Lee, VA 23801 | 2004 Infiniti FX35, Value:  $10525.00 | Debtor's Residence |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Y. Eric Lee Ministries, Inc.** | **-6309** | **119 Watersfield Dr. Leland, NC 28451** | **Religious ministry** | **2007 through 2011** |
| **Share Random Kindness** | **-1694** | **5701 Country Manor Ct. Richmond, VA 23234** | **Non-profit charity** | **2013 through present** |
| **Fountain Ministries** | **-6309** | **5701 Country Manor Ct. Richmond, VA 23234** | **Religious ministry** | **2007 through 2014** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)
7

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                               DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                  ADDRESS                   DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                             DATE ISSUED

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR           DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                 NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                 NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                      DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                 DATE OF TERMINATION

B7 (Official Form 7) (04/13)

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July  2, 2015**                    Signature  **/s/ Yohance E. Lee**
                                                      **Yohance E. Lee**
                                                      Debtor

Date  **July  2, 2015**                    Signature  **/s/ Dionne A. Holmes-Lee**
                                                      **Dionne A. Holmes-Lee**
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Yohance E. Lee**
**Dionne A. Holmes-Lee**
_____      Case No. _____
                                Debtor(s)      Chapter    **7**    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **July  2, 2015**          Signature   **/s/ Yohance E. Lee**
                                    **Yohance E. Lee**
                                    Debtor

Date   **July  2, 2015**          Signature   **/s/ Dionne A. Holmes-Lee**
                                    **Dionne A. Holmes-Lee**
                                    Joint Debtor

Form B203                                                                      2014 USBC, Eastern District of Virginia

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Yohance E. Lee**
**Dionne A. Holmes-Lee**

Case No. _____

             Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **1,875.00** |
| Prior to the filing of this statement I have received | $ | **385.00** |
| Balance Due | $ | **1,490.00** |

2.    $ **335.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify)

4.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify)

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions as needed:
   **From your downpayment the following fees and costs have been substracted; $335 for court filing fee, $20 for prebankruptcy credit counseling class (unless previously paid by client) and $40 per person credit report. The remainder of your downpayment will be applied towards your attorney fees.**

   **Additional attorney fees in a chapter 7 case if applicable are: (1) $250 per set of 10 creditors/notices after the first 15, (2) $100 for the preparation of a homestead deed, (3) $250 for the release and return of garnished monies.**

   **Initial consultation, preparation and filing of petition, representation at one 341 meeting, representation at one simple motion for relief of stay hearing.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Preparation and filing of motions to incur debt or sell property. Homestead deed preparation and/or filing. Negotiation with creditors or courts or the preparation and filing of motions for the return of garnishment or preference monies.**

7/02/15  4:39PM

Form B203                                                                2014 USBC, Eastern District of Virginia

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July  2, 2015** | **/s/ David Nicholas Tabakin** |
| *Date* | **David Nicholas Tabakin 82709** |
| | *Signature of Attorney* |
| | |
| | **Cochran Law Firm** |
| | *Name of Law Firm* |
| | **4509 W. Broad St.** |
| | **Richmond, VA 23230** |
| | **(804) 358-2222   Fax: (804) 358-7985** |

Date **July  2, 2015**          Signature   **/s/ Yohance E. Lee**

**Yohance E. Lee**

Debtor

Date **July  2, 2015**          Signature   **/s/ Dionne A. Holmes-Lee**

**Dionne A. Holmes-Lee**

Joint Debtor

---

### *For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,000</u>*
### (For all Cases Filed on or after 8/1/2014)
## NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
## CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

*Date*

*Signature of Attorney*

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Eastern District of Virginia

In re     **Yohance E. Lee**
**Dionne A. Holmes-Lee** _____
Debtor(s)

Case No.
Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Yohance E. Lee**
**Dionne A. Holmes-Lee** _____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ Yohance E. Lee**       **July  2, 2015**
Signature of Debtor       Date

X  **/s/ Dionne A. Holmes-Lee**    **July  2, 2015**
Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Yohance E. Lee**
**Dionne A. Holmes-Lee**
_____    Case No. _____

Debtor(s)    Chapter    **7**    _____

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette, by a typed hard copy in scannable format, with Request for Waiver attached, or uploaded by Electronic Case Filing is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) ____ computer diskette listing a total of ____ creditors; or

(b) ____ scannable hard copy, with Request for Waiver attached, consisting of ____ pages, listing a total of ____ creditors; or

(c) ____ uploaded via Electronic Case Filing a total of ____ creditors.

Date: **July 2, 2015** _____    **/s/ Yohance E. Lee** _____
**Yohance E. Lee**
Signature of Debtor

Date: **July 2, 2015** _____    **/s/ Dionne A. Holmes-Lee** _____
**Dionne A. Holmes-Lee**
Signature of Debtor

_[Check if applicable]_ ___ Creditor(s) with
foreign addresses included on disk/hard copy.

[diskcs ver. R-05/23/00]

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Yohance E. Lee
5701 Country Manor Ct.
Richmond, VA 23234


Dionne A. Holmes-Lee
5701 Country Manor Ct.
Richmond, VA 23234


Yvonne Cochran, Attorney
Cochran Law Firm
4509 W. Broad St.
Richmond, VA 23230


A Quality Self Storage Inc
7815 Ocean Highway East
Leland, NC 28451


Aaron's, Inc
Attn: Bankruptcy Notices
309 E. Paces Ferry Rd, N.E.
Atlanta, GA 30305


AFNI, Inc.
Bankruptcy Dept.
P. O. Box 3427
Bloomington, IL 61702-3427


Allen, Macdonald & Davis, PLLC
1508 Military Cutoff Road
Suite 102
Wilmington, NC 28403


Anesthesia Assoc. of Richmond
Attn: Bankruptcy Notification
P.O. Box 17978
Richmond, VA 23226-7978


AT&T Mobility II LLC
Attn: Bankruptcy Dept.
One AT&T Way, Room 3A104
Bedminster, NJ 07921


Ballato Law Firm, PC
Attn: Bankruptcy Dept.
3721 Westerre Pkwy, Ste. A
Henrico, VA 23233

Bank of America
Attn: Bankruptcy Dept.
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank of America, N.A.
Loss/Recovery
P O Box 982284
El Paso, TX 79998-2238


BB&T Bank
Bankruptcy Dept.
P. O. Box 1847
Wilson, NC 27894


Bernard & Associates Realty
507 Chestnut Street
Wilmington, NC 28401


Bon Secours
Bankruptcy Dept
P.O. Box 28538
Henrico, VA 23228


Brunswick County Utilities
P.O. Box 469
Bolivia, NC 28422


Brunswick Electric
PO BOx 580348
Charlotte, NC 28258-0348


CAC Financial Corp
Bankruptcy Dept.
2601 NW Expressway, #1000 East
Oklahoma City, OK 73112-7236


Call Federal Credit Union
Bankruptcy Notification
4605 Commerce Road
Richmond, VA 23234


Capio Partners, LLC
Attn: Bankruptcy Dept
2222 Texoma Parkway, Suite 150
Sherman, TX 75090

Capital One Bank (USA), N.A.
Bankruptcy Notification
P.O. Box 30285
Salt Lake City, UT 84130-0285


Carecentrix
Attn: Bankruptcy Dept.
20 Church Street, Ste 1100
Hartford, CT 06103


Carolina First
d/b/a TD Bank
2035 LIMESTONE RD
Wilmington, DE 19808


Cash in Advance
1930 Castle Hayne Road
Wilmington, NC 28401


CBE Group, Inc.
Attn:  Bankruptcy Department
1309 Technology Parkway
Cedar Falls, IA 50613


Check City Check Cashing
Bankruptcy Dept.
2474 North University Avenue
Provo, UT 84604


Chesterfield Co. Utilities
Attn: Bankruptcy Dept.
PO Box 608
Chesterfield, VA 23832-0009


Chestnut Property Managment
PO Box 2196
Wilmington, NC 28402


ChexSystems Collection Agency
7805 Hudson Road, Suite 100
Woodbury, MN 55125


City of Richmond
c/o Dept. of Finance
900 E Broad St Rm 103
Richmond, VA 23219

City of Wilmington
305 Chestnut St
PO Box 9001
Wilmington, NC 28402


CJW Medical Center
Attn: Bankruptcy Dept.
P.O. Box 99400
Louisville, KY 40269


CNAC of Richmond
Bankruptcy Notification
7400 Midlotian Turnpike
Richmond, VA 23225


Cohen Dermatopathology
PO Box 414913
Boston, MA 02241-4913


College Foundation Inc
2917 Highwoods Blvd
Raleigh, NC 27604


Comcast Cable
Attn. Bankruptcy Dept.
8029 Corporate Drive
Nottingham, MD 21236-4977


Commonwealth  Radiology, PC
ATTN: Bankruptcy Department
1508 Willow Lawn Dr. Suite 117
Richmond, VA 23230


Commonwealth Anesthesia
Bankruptcy Dept.
P. O. Box 35808
Richmond, VA 23225


Comprehensive ENT, P.C.
203 Wexleigh Drive
Henrico, VA 23229


Continental Emergency Services
Bankruptcy Dept.
PO Box 1617
Mechanicsville, VA 23116

County Waste
7825 Parham Landing Rd.
West Point, VA 23181


County Waste
12230 Deergrove Rd.
Midlothian, VA 23112


Credit Adjustment Board, Inc.
8002 Discovery Drive
Suite 311
Henrico, VA 23229


Credit Collection Services
Bankruptcy Dept.
P.O. Box 9134
Needham Heights, MA 02494-9134


David Girardot
4607 Franklin Ave. Ste. 110
Wilmington, NC 28403


Delaney Radiologists
1025 Medical Center Dr
Wilmington, NC 28401


Dermatology Assoc of VA
Attn: Bankruptcy Department
301 Concourse Road, Suite 190
Glen Allen, VA 23059


DirecTV
Attn: Bankruptcy Dept.
P.O. Box 6550
Greenwood Village, CO 80155-6550


Dominion Virginia Power
P.O. Box 26666
18th Floor
Richmond, VA 23261


Dr. Yvonne Knight
3811 Gaskins Rd
Henrico, VA 23233

Durham & Durham, LLP
Attn: Bankruptcy Dept
5665 New Northside Dr, Ste 340
Atlanta, GA 30328


DYC, LLC
7231 Airlie Place
Wilmington, NC 28403


Eastern Account Systems
Bankruptcy Dept.
75 Glen Road, Suite #110
Newtown, CT 06470


ECEP
Attn: Bankruptcy
4402 Shipyard Blvd
Wilmington, NC 28403


Enhanced Recovery Company LLC
Attn: Bankruptcy Dept
8014 Bayberry Road
Jacksonville, FL 32256


Enterprise Rent a Car
Attn: Accts Receivable
5601 A Market Street
Wilmington, NC 28405-3511


EOS CCA
Attn: Bankruptcy
700 Longwater Drive
Norwell, MA 02061


Express Scripts
Attn: Bankruptcy
P.O. Box 66580
Saint Louis, MO 63166-6580


FASV, PC
7016 Lee Park Road, Ste 105
Mechanicsville, VA 23111


Financial Data Systems
1638 Military Cutoff Road
Wilmington, NC 28403

First Citizens Bank
Bankruptcy Dept.
P. O. Box 11757
Columbia, SC 29211


Firstpoint Coll Resources, Inc
Attn: Bankruptcy Dept
225 Commerce Place
Greensboro, NC 27401


FirstSource Advantage, LLC
Attn: Bankruptcy Dept.
205 Bryant Woods South
Amherst, NY 14228


Focused Recovery Solutions
Bankruptcy Dept.
9701 Metropolitan Ct., Suite B
North Chesterfield, VA 23236-3662


Fort Sill National Bank
P.O. Box 33009
Fort Sill, OK 73503-9989


Four County EMC
1822 N.C. 53 West
PO Box 667
Burgaw, NC 28425


Franklin Collection Services
2978 West Jackson Street
P.O. Box 3910
Tupelo, MS 38801


Gastrointestinal Specialists
2369 Staples Mill Road
2nd Floor
Richmond, VA 23230-2909


GEICO Indemnity Co.
Attn: Bankruptcy Dept.
One GEICO Boulevard
Fredericksburg, VA 22412-0007

Great Lakes
PO Box 530229
Atlanta, GA 30353-0229


HCA Health Services of VA
Attn: Bankruptcy Notices
One Park Plaza
Nashville, TN 37203


Henrico Doctor's Hospital
Attn: Bankruptcy Dept.
P.O. Box 99400
Louisville, KY 40269


Henrico Surgical Specialist
Bankruptcy Notice
3 Maryland Farms Ste. 250
Brentwood, TN 37027-5053


I.C. System, Inc
Bankruptcy Notification
P.O. Box 64437
Saint Paul, MN 55164-0437


Inpatient Medical Services PA
Attn: Bankruptcy Dept.
4299 San Felipe Rd, Ste 300
Houston, TX 77027


Inst. of Advanced ENT Surgery
3 Maryland Farms Ste 250
Brentwood, TN 37027-5053


Integrated Auto. Fin., LLC
Attn: Bankruptcy notices
4801 Courthouse St, Ste 300
Williamsburg, VA 23188


Intercede Health
2000 Crawford Street, Ste 1350
Houston, TX 77002


Interstate Credit Coll
Attn: Bankruptcy Dept.
711 Coliseum Plaza Ct
Winston Salem, NC 27106

James River Emergency Group
5665 New Northside Drive
Suite 320
Atlanta, GA 30328


Joanne S. Parker
533 Rivage Promenade
Wilmington, NC 28412


Kool Smiles
400 Galleria Parkway Suite 800
Atlanta, GA 30339


Laboratory Corp. of America
Attn: Bankruptcy Dept.
P.O. Box 2240
Burlington, NC 27216-2240


Lafayette, Ayers & Whitlock
Bankruptcy Dept.
10160 Staples Mill Road, #105
Glen Allen, VA 23060


LCA Collections
Attn: Bankruptcy Dept
PO Box 2240
Burlington, NC 27216-2240


Liberty Mutual
Attn: Bankruptcy Notices
175 Berkeley Street
Boston, MA 02116


Mark D. Kidd
3140 Chaparral Drive
Suite #200
Roanoke, VA 24018-4317


Mark D. Kidd
P.O. Box 20487
Roanoke, VA 24018


Maryland Transportation Author
2310 Broening Hwy
Baltimore, MD 21224

MCV Associated Physicians
830 E Main Street
Suite 1900
Richmond, VA 23219


MCV Collections
Attn: Bankruptcy Dept.
P.O. Box 758721
Baltimore, MD 21275


MCV Hospital
Attn: Bankruptcy Notification
P.O. Box 980462
Richmond, VA 23298-0462


MEDAC Health Services PA
3710 Shipyard Blvd
Wilmington, NC 28403


Meehan Law, LLC
700 Spirit of St. Louis Blvd
Ste A
Chesterfield, MO 63005


Midland Credit Management
Attn: Bankruptcy Dept.
8875 Aero Drive, Ste 200
San Diego, CA 92123


Monument Pathologists, Inc.
Attn: Bankruptcy Notices
5801 Bremo Road
Richmond, VA 23226


N. Am. Partners in Anesthesia
PO Box 37090
Baltimore, MD 21297-3090


Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002-6314


Navient
PO Box 9500
Wilkes Barre, PA 18773

NCO Financial Systems, Inc.
2360 Campbell Creek, Suite 500
Richardson, TX 75082


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


New Generations FCU
Bankruptcy Notice
1700 Robin Hood Road
Richmond, VA 23220


New Hanover Regional Hospital
Attn: Bankruptcy
2131 S 17th Street
Wilmington, NC 28401


NHC Animal Control
c/o Fin. Dept.
230 Government Drive, Ste 165
Wilmington, NC 28403


North Metro Properties
PO Box 1144
Wilmington, NC 28402


Norwood Pharmacy
c/o Ignite Spot Accounting
PO Box 707
Layton, UT 84041


NPAS Solutions, LLC
One Park Plaza - Legal Dept.
Nashville, TN 37203


Online Collections
Attn: Bankruptcy Dept.
PO Box 1489
Winterville, NC 28590


OrthoVirginia, Inc.
Billing/Bankruptcy Dept.
1115 Boulders Pkwy, Suite 200
North Chesterfield, VA 23225

Paragon Revenue Group
Attn: Bankruptcy Dept
P.O. Box 126
Concord, NC 28026


Patient First
Attn: Billing/Bankruptcy Dept.
P.O. Box 758941
Baltimore, MD 21275-8941


Pentagroup Financial
Attn: Bankruptcy Dept.
5959 Corporate Dr,Ste 1400
Houston, TX 77036


PMAB LLC
Attn: Bankruptcy Dept.
4135 Southstream Blvd. #400
Charlotte, NC 28217


Port Authority of NY & NJ
4 World Trade Center
150 Greenwich Street
New York, NY 10007


Primary Health Group
101 Cowardin Ave # 305
Richmond, VA 23224


Primary Health Group, Inc.
One Park Plaza
Nashville, TN 37203


Prince-Parker & Associates Inc
8625 Crown Crescent Ct
P.O. Box 474690
Charlotte, NC 28247-4690


Progress Energy
P.O. Box 1551
Raleigh, NC 27602


Pusha Mago
5012 Cedarbend Lane
Richmond, VA 23237

Quest Diagnostics Inc
Bankruptcy Dept.
P.O. Box 7302
Hollister, MO 65673-7302


Radiology Assoc. of Richmond
Attn: Bankruptcy Notification
2602 Buford Road
Richmond, VA 23225


RBC Centura
301 FAYETTEVILLE ST STE 1200
Raleigh, NC 27601


Receivable Management
7206 Hull Street Road
North Chesterfield, VA 23235


Receivables Management System
Attn: Bankruptcy Dept
7206 Hull Street Road
North Chesterfield, VA 23235


Regional Acceptance
Bankruptcy Dept.
10051 Midlothian Turnpike
Richmond, VA 23235


Rewards 660 Processing Center
PO Box 30383
Tampa, FL 33630-3383


Richmond Diabates and Endo.
7229 Forest Avenue
Suite 110
Henrico, VA 23231


Richmond Emergency Physicians
5855 Bremo Road, Sutie 210
Richmond, VA 23226


Richmond Postal Credit Union
Bankruptcy Notice
1601 Ownby Lane
Richmond, VA 23220

Royal Derm & Aes. Skin Care
7229 Forrest Ave, Ste 100
Richmond, VA 23226


SCA
P.O. Box 910
Edenton, NC 27932


Shenandoah Legal Group
POB 75
310 Jefferson St. SE
Roanoke, VA 24002


Sleep Clinic
P.O. Box 71703
Henrico, VA 23255


Solodar & Solodar
Bankruptcy Dept.
11504 Allecingie Pwy.
Richmond, VA 23235


Sprint Nextel
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949


State Farm Ins.
PO Box 2329
Bloomington, IL 61702-2329


Stern & Associates
Attn: Bankruptcy Dept.
415 North Edgeworth St., #210
Greensboro, NC 27401


SunTrust Bank
Attn: Bankruptcy Dept
P.O. Box 85024
Richmond, VA 23285-5024


SunTrust Bank
Attn: Bankruptcy Department
P.O. Box 4928
Orlando, FL 32802

Tate & Kirlin Assoc.
Bankruptcy Dept.
2810 Southampton Road
Philadelphia, PA 19154


The Foot and Ankle Center
Attn: Bankruptcy Dept.
1465 Johnston Willis Dr
Richmond, VA 23235


Transworld Systems Inc.
Attn: Bankruptcy Dept.
507 Prudential Rd
Horsham, PA 19044


TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056


U.S. Dept. of Education/GLESI
Bankruptcy Notification
P.O. Box 7860
Madison, WI 53707


Verizon
Attn: Bankruptcy Dept.
500 Technology Dr., Suite 300
Weldon Spring, MO 63304


Violation Process Center
PO Box 1234
Clifton Forge, VA 24422


Virginia Credit Union
Attn: Bankruptcy Department
P.O. Box 90010
Richmond, VA 23225


Virginia Ear, Nose, & Throat
Attn: Bankruptcy Dept.
P.O. Box 36007
North Chesterfield, VA 23235-8000

Virginia Emergency Physicians
Attn: Bankruptcy Dept
1602 Skipwith Road
Henrico, VA 23229


Virginia Urology
Bankruptcy Notification
9105 Stony Point Drive
Richmond, VA 23235


Wells Fargo Bank Nevada, NA
Attn: Bankruptcy Dept
P.O. Box 31557
Billings, MT 59107


Westlake Financial Serv.
4751 Wilshire Blvd.
Suite 100
Los Angeles, CA 90010


William J. Bordeaux, Jr.
7513 Old Oak Rd.
Wilmington, NC 28411


Wilmington Pathology
1915 S 17th St #100
Wilmington, NC 28403


Wilmington Pathology Assoc.
1915 S 17th Street, #100
Wilmington, NC 28403


Woodforest National Bank
Bankruptcy Notice
P. O. Box 7889
Spring, TX 77387-7889

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 22A-1Supp: |
|---|---|
| Debtor 1 **Yohance E. Lee** | ■ 1. There is no presumption of abuse |
| Debtor 2 **Dionne A. Holmes-Lee** (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2). |
| United States Bankruptcy Court for the: Eastern District of Virginia | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

---

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 2,874.71 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |
| 5. **Net income from operating a business, profession, or farm** | | |
| Gross receipts (before all deductions) $ 0.00 | | |
| Ordinary and necessary operating expenses -$ 0.00 | | |
| Net monthly income from a business, profession, or farm $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |
| 6. **Net income from rental and other real property** | | |
| Gross receipts (before all deductions) $ 0.00 | | |
| Ordinary and necessary operating expenses -$ 0.00 | | |
| Net monthly income from rental or other real property $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |

| Debtor 1 | Yohance E. Lee |
|---|---|
| Debtor 2 | Dionne A. Holmes-Lee |

Case number (*if known*) _____

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation**  $ 0.00  $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......................................................... $    0.00

For your spouse .............................................. $    0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.   $ 0.00  $ 0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____   $ 0.00  $ 0.00

10b. _____   $ 0.00  $ 0.00

10c.  Total amounts from separate pages, if any.  + $ 0.00  $ 0.00

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0.00  + $ 2,874.71  = $ 2,874.71

Total current monthly income

---

**Part 2:**  **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ................  Copy line 11 here=>  12a. $ 2,874.71

Multiply by 12 (the number of months in a year)  **x 12**

12b. The result is your annual income for this part of the form  12b. $ 34,496.52

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.  **VA**

Fill in the number of people in your household.  **4**

Fill in the median family income for your state and size of household. ...................  13. $ 93,349.00

**14. How do the lines compare?**

14a.  ■  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
         Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
         Go to Part 3 and fill out Form 22A-2.

---

**Part 3:**  **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ Yohance E. Lee                          X /s/ Dionne A. Holmes-Lee

**Yohance E. Lee**                              **Dionne A. Holmes-Lee**
Signature of Debtor 1                           Signature of Debtor 2

Date  **July 2, 2015**                          Date  **July 2, 2015**
     MM / DD / YYYY                                  MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

| Debtor 1 | **Yohance E. Lee** | |
| Debtor 2 | **Dionne A. Holmes-Lee** | Case number (*if known*) |

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **01/01/2015** to **06/30/2015**.

| Debtor 1 | **Yohance E. Lee** |
|---|---|
| Debtor 2 | **Dionne A. Holmes-Lee** |

Case number (*if known*) _____

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **01/01/2015** to **06/30/2015**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Suntrust Mortgage**
Year-to-Date Income:
Total Year-to-Date Income:  **$17,248.24**  from check dated  **6/30/2015** .
Average Monthly Income:  **$2,874.71** .